UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR07-00401-SVW | Date | April 20, 2017 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kenneth Cole | | | | N/A | | | |

**Proceedings:**   IN CHAMBERS ORDER

    The Defendant's Motion to Terminate Supervised Release [76], filed on March 2, 2017, is denied for the reasons stated in the Supervision Report of the United States Probation Office, dated April 19, 2017.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | | PMC |

cc:  USM
     PSA