## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: **Paul Cruz**
Deputy Clerk

Date: **July 20, 2018**

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Kenneth Cole | CR07-00401-SVW | N/A |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* MARK KASSABIAN |
|---|---|
| N/A | TELEPHONE NO.: (626)792-0500 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on August 13, 2018 at 11:00 am. A citation will be issued to the offender

Interpreter Needed? ☐ Yes  ☒ No     Language Type: _____

AARON VEREEN, 562-868-3709
U. S. PROBATION OFFICER

TANISHA MCNEAL, 562-868-3700
SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:* Orig. To Clerk's Office     *Copies to:* U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Stephen V. Wilson, United States District Judge on August 13, 2018 at 11:00 a.m. in Courtroom No. **10A**.

CLERK, U. S. DISTRICT COURT

Date July 20, 2018        By *PMCruz*
Paul M. Cruz, Deputy Clerk

*Routing on Notice by Clerk:*   Original - Court File ☒
cc: U. S. Probation Officer ☒
U. S. Attorney, Attn: Chief, Criminal Division ☒
Defense Attorney ☒
Federal Public Defender, Attn: Chief Deputy ☒
U. S. Marshal (Warrant Cases only) ☒
Interpreter Section, Clerk's Office (When needed) ☐

SUP 216
1/10/07