UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | 2:07-cr-00401-SVW | Date | August 13, 2018 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kenneth Cole | | | | N/A | | | |

**Proceedings:**   IN CHAMBERS ORDER CONTINUING HEARING

    Pursuant to request of the parties, the preliminary revocation of supervised release hearing is continued to September 17, 2018 at 11:00 a.m.

|  | : |
|---|---|
| Initials of Deputy Clerk | PMC |

cc: USM
    PSA