UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  vs.<br><br>Kenneth Cole,<br><br>  Defendant. | CASE NO.: 2:07-cr-00401-SVW<br><br>JUDGMENT AND COMMITMENT ORDER |

WHEREAS, on September 17, 2018, came the attorney for the government, Shawn J. Nelson, and the defendant appeared in person with appointed counsel, Mark M. Kassabian; and the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed July 30, 2018.

WHEREAS, on September 17, 2018, the defendant having admitted the four allegations, the Court finds that the defendant violated the conditions of the supervised release order imposed on September 15, 2008.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of **TWENTY-SEVEN (27) MONTHS.**

Upon release from confinement, he shall be placed on supervised release for a term of 36 months, as to Count 1, under the same terms and conditions originally imposed, with the

following revised and additional conditions:

- Condition One is revised to reflect that the defendant shall comply with the rules and regulations of the United States Probation Office and General Order 05-02, with the exception of Conditions 5, 6, and 14 of that order.

- As directed by the probation officer, the defendant shall notify specific persons and organizations of specific risks and shall permit the probation officer to confirm the defendant¡|s compliance with such requirement and to make such notifications.

- The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

- The defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the defendant, and by any Probation Officer in the lawful discharge of the officer's supervision functions.

It is further ordered that the defendant surrender himself/herself to the institution designated by the Bureau of Prisons on or before 12 noon, October 17, 2018. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:

> Roybal Federal Building
> 255 East Temple Street
> Los Angeles, California 90012

The Court recommends to the Bureau of Prisons that the defendant be housed in a facility in the Southern California area.

- 3 -

IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: September 20, 2018

*[signature]*
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: September 20, 2018

KIRY K. GRAY, CLERK OF COURT

by *PMCruz*
Paul M. Cruz, Deputy Clerk